# Buffalo Township Lines Alteration Case.

Argued September 28, 1951; reargued April 17, 1952. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS, ARNOLD and GUNTHER, JJ.

*Clair Groover*, for appellants.

*Charles Wolfe Kalp*, for appellees.

OPINION BY ARNOLD, J., November 5, 1952:

In this case a portion of Buffalo Township was sought actually to be annexed to East Buffalo Township, both townships being of the second class. The area affected was 4.1 square miles of Buffalo Township. The proceedings were under the alteration of township lines provision of The Second Class Township Code, 53 PS §19093-302.

In opinion handed down this day in *Indiana Township Lines Alteration Case*, 171 Pa. Superior Ct. 642, 92 A. 2d 241, we have held that the statutory provisions

concerning the alteration of township lines may not be used to effect what is actually an annexation. For the reasons set forth in that opinion this case also will be certified to the Supreme Court.

The order of the court below is reversed.

The question involved is so "important as to make it expedient that the case should be decided by the Supreme Court," and, accordingly, this case is certified to the Supreme Court in conformity with the Act of June 24, 1895, P. L. 212, §10, 17 PS §197.

———

DISSENTING OPINION BY RHODES, P. J.:

For the reasons stated in my dissenting opinion in *Indiana Township Lines Alteration Case,* 171 Pa. Superior Ct. 642, 92 A. 2d 241, I note my dissent in this case. I would affirm the order of the court below both as to the legality of the proceeding under section 302 of The Second Class Township Code, 53 PS §19093-302, and the propriety of the proceeding under the facts of the case.

DITHRICH and ROSS, JJ., join in this dissent.